# United States District Court

**SOUTHERN**     **DISTRICT OF**     **OHIO**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>Stephanie Schmidt<br>5861 Skyline Drive<br>Cincinnati, Ohio 45213<br><br>(Name and Address of Defendant) | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 1:05MJ00029 D |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 5, 2005,** in **Hamilton** County, in the **Southern** District of **Ohio** defendant(s) did, (Track Statutory Language of Offense)

        attempted possession with intent to distribute
        3,4-Methylenedioxymethamphetamine (MDMA-Ecstasy),

in violation of Title   **21**   United States Code, Section(s)   **841 and 846**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

See attached affidavit

Continued on the attached sheet and made a part hereof: ☒ Yes    ☐ No

                                            Signature of Complainant

Sworn to before me and subscribed in my presence,

**February 7, 2005**            at    **Cincinnati, Ohio**
Date                                           City and State

Timothy S. Black
U.S. Magistrate Judge                  Timothy S. Black
Name & Title of Judicial Officer              Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Bradley M. Scott, being duly sworn, depose and state the following:

1. I have been employed by the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE) for over three years. My responsibilities and duties include the investigation and enforcement of laws and regulations including narcotics and financial violations. I am trained and experienced in the methods used by narcotics traffickers to smuggle and distribute controlled substances into the United States. I am also trained and experienced in the investigation of individuals and organizations who launder and smuggle proceeds derived from illegal narcotics and/or fraudulent activities.

2. The information set forth in this affidavit is based upon my personal knowledge derived from my participation in this investigation and upon information I believe to be reliable from the following sources; Oral and written reports and documents about this and other investigations which I have received from other federal, state and local law enforcement agencies.

3. On February 2, 2005, Customs and Border Protection Inspector (CBP) Erwin Lutz, who is assigned to the Foreign Mail Unit of the U.S. Postal Service's International Service Center in Chicago, Illinois, inspected an inbound mail parcel originating from Germany. The parcel was addressed to Stephanie Schmidt, 5861 Skyline Drive, Cincinnati, Ohio 45213. The parcel had a return address of Kohler, Oderstr. 6, 37269 Eschwege.

4. Upon inspection of the parcel, CBP Inspector Lutz discovered the parcel contained a soft cover book that had hollowed out pages. Inside the hollowed out pages was a plastic bag containing pink pills that had a crosshair imprint on them. CBP Inspector Lutz counted approximately 561 pills in the plastic bag. A sample of the pills was field tested by CBP Inspector Lutz using Marquis Reagent Test number 902. The test resulted in a positive indication for ecstasy (MDMA). MDMA is a Schedule 1 narcotic with no approved medical use. CBP Inspector Lutz detained the parcel.

5. On February 3, 2005, Immigration and Customs Enforcement (ICE) Task Force Officer (TFO) Bill Scott, who is assigned to the Resident Agent in Charge Chicago O'Hare Office (RAC/O'Hare), met with CBP Inspectors at the Foreign Mail Unit. TFO Bill Scott, in the presence of CBP Inspector Ferazzo, field tested a sample of the pills using NIK Test Kit U for the presence of ecstasy or methamphetamine. The test results were positive for the presence of ecstasy or methamphetamine.

6. TFO Bill Scott contacted the Resident Agent in Charge Office in Cincinnati, Ohio (RAC/Cincinnati) to advise of the seized parcel destined for Cincinnati. Special Agent (SA) Bradley Scott of RAC/Cincinnati was advised of the circumstance surrounding the seized parcel. Subsequent to the U.S. Attorney's Office in the Southern District of Ohio approving an attempted controlled delivery of the parcel, SA Bradley Scott requested the parcel and contents be mailed to Cincinnati, Ohio.

7. On February 5, 2005, at approximately 12:30 p.m., a United States Postal Inspector posing as a U.S. Postal Service Letter Carrier delivered the parcel containing a portion of the seized ecstasy pills to 5861 Skyline Drive, Cincinnati, Ohio 45213. The U.S. Postal Inspector knocked on the door and handed the parcel to a woman, later identified as Stephanie Schmidt. The U.S. Postal Inspector then left and the woman went inside the residence with the package.

8. On February 5, 2005, at approximately 12:32 p.m., ICE and U.S. Postal Service Agents executed a federal search warrant subsequent to the package being taken into the residence of 5861 Skyline Drive, Cincinnati, Ohio 45213. Upon entry into the residence, agents encountered four adult males and one adult female. The adult female was identified as Stephanie Schmidt and she was located in the basement of the residence along with two of the male subjects. After the house was secured and agents began a search of the residence, the same package that was delivered by the U.S. Postal Inspector was found in the basement. The package containing the ecstasy pills had been opened on one side.

9. ICE Special Agent Bradley Scott and U.S. Postal Inspector Jodie Carr interviewed Stephanie Schmidt after reading her Miranda warnings and her waiving these rights. Schmidt stated the package was sent to her from a friend who lives in Turkey. Schmidt believed the contents of the package contained ecstasy and this is the fifth package she has received containing ecstasy from her friend in Turkey. Schmidt reported she owes her friend approximately $38,000 and selling ecstasy is a way for her to generate money to pay him back. Schmidt stated the ecstasy pills she receives in the mail, are placed in a book that has the pages cut out and the pills are placed within the book. Schmidt reported the ecstasy is mailed in this manner to avoid detection by law enforcement. As a result of her ecstasy trafficking, Schmidt reported she has paid her friend approximately $8,000 since November 2004. Schmidt stated she has made three payments, two by wire transfer and one via mail.

10. Based upon the foregoing, it is believed that Stephanie Schmidt is in violation of Title 21, United States Code, Sections 841 and 846.

Bradley M. Scott, Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed to in
my presence this 7th day of February, 2005.

Timothy S. Black
United States Magistrate Judge